AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| KIMYA SWANN,<br>    Plaintiff,<br><br>v.<br><br>SOURCE ONE STAFFING SOLUTIONS<br>and UNITED PARCEL SERVICE, INC.,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:10-CV-271-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Defendant Source One Staffing Solutions' Motion for Summary Judgment [Docket Entry #23] is GRANTED. The Clerk is directed to close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **FEBRUARY 24, 2011** WITH A COPY TO:

James E. Hairston, Jr. (via CM/ECF Notice of Electronic filing)
C. Matthew Keen (via CM/ECF Notice of Electronic filing)
Susan B. Molony (via CM/ECF Notice of Electronic filing)


| | |
|---|---|
| February 24, 2011<br>Date | DENNIS P. IAVARONE, Clerk<br>Eastern District of North Carolina<br><br>/s/ Debby Sawyer<br>(By) Deputy Clerk |
| Raleigh, North Carolina | |